PS 4
(03/06)

# PRETRIAL DIVERSION AGREEMENT

IN THE UNITED STATES DISTRICT COURT

____Newark____ DISTRICT OF ____New Jersey____

IN RE ____Charles Gross____ File No. __11-9235__
(Name of Divertee)

*(Or, if case filed)*

UNITED STATES OF AMERICA   Case No. __62/83__

V.

____Charles Gross____
Defendant

The court has been advised that ____Charles Gross____ has entered into a pretrial
(Divertee/Defendant)

diversion agreement dated __11/17/11__, with the United States Attorney's office. A copy of the

agreement is attached to this order and is incorporated by reference.

The pretrial diversion agreement includes a condition that requires ____Charles Gross____
(Divertee/Defendant)

to make restitution in the amount of $ __1,774.31__ to __T    G__
(Address(es))

_____
(Address(es))

It is ORDERED that the clerk of the court accept and receive restitution payments from

____Charles Gross____ and disburse them to __T    G__
(Divertee/Defendant) (Address(es))

_____
(Address(es))

in accordance with the pretrial diversion agreement and in the manner in which restitution payments are received
and disbursed for criminal judgments.

Hon. Anthony R. Mautone, USMJ
Name and Title of Judge                Signature of Judge

Date __12/19/11__